UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br><br>Jerry RODRIGUEZ,<br>Annette RODRIGUEZ,<br>Jesus GONZALEZ-Barreto,<br><br><br><br>　　　　　　　Defendants. | Magistrate Docket No. '21 MJ03580<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, USC 1324(a)(1)(A)(ii) Transportation of Illegal Aliens; and Title 18, USC., Sec. 2-Aiding and Abetting<br><br>Title 8, USC 1326 Attempted Entry After Deportation |

The undersigned complainant being, duly sworn, states:

Count One

On or about August 28, 2021, within the Southern District of California, defendant Jerry RODRIGUEZ and Annette RODRIGUEZ, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Gabriel FRIAS-Lara, Claudia HERMENEGILDO-Rivera, Humberto Guadalupe MORENO-Garcia, and Florina RAMOS-Carmona, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii), and Title 18, United States Code, Section 2.

Count Two

On or about August 28, 2021 within the Southern District of California, defendant, Jesus GONZALEZ-Barreto, an alien, who previously had been excluded, deported and removed from the United States, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near San Ysidro, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON AUGUST 30, 2021.

HON. MITCHELL D. DEMBIN
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Jerry RODRIGUEZ, Annette RODRIGUEZ,
Jesus GONZALEZ-Barreto

## PROBABLE CAUSE STATEMENT

The complainant states that Humberto Gabriel FRIAS-Lara, Claudia HERMENEGILDO-Rivera, Humberto Guadalupe MORENO-Garcia, and Florina RAMOS-Carmona, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 28, 2021, Border Patrol Agents along with Homeland Security Investigations Agents established surveillance at Pepper Park, located in National City, California. In February 2021, agents had identified the defendants, Annette RODRIGUEZ and Jerry RODRIGUEZ as targets of interest due to past involvement in multiple maritime alien smuggling events.

At approximately 3:00 PM, agents observed Annette RODRIGUEZ, parked near the boat ramp at Pepper Park. At approximately 4:50 PM, agents detected a cuddy cabin style vessel approach the boat ramp and dock. Moments later, agents observed a white Chevrolet Express van drive to the boat ramp and park at the dock's land terminus. Agents observed Annette RODRIGUEZ escorting multiple groups of three to four individuals from the dock to the Chevrolet Express van. Agents observed a total of 13 subjects board the Chevrolet Express van.

At approximately 5:00 PM, Special Agent K. Hart conducted a vehicle stop of the Chevrolet Express van that was diving directly towards him, as he was entering the Pepper Park parking lot. Agent Hart recognized the driver of the van as, the defendant Jerry RODRIGUEZ, from previous maritime alien smuggling encounters. Agent Hart identified himself as a Special Agent with Homeland Security Investigations and asked Jerry RODRIGUEZ to exit the vehicle. Agent Hart, with the assistance of Special Agent Kowalski, conducted an immigration inspection of the 13 individuals found in the van. Everyone, including four individuals later identified as material witnesses Humberto Gabriel FRIAS-Lara, Claudia HERMENEGILDO-Rivera, Humberto Guadalupe MORENO-Garcia, and Florina RAMOS-Carmona, stated they are citizens of a country other than the United States without any documents that would allow them to enter or remain in the United States legally. Also in the van was the third defendant, later identified as Jesus GONZALEZ-Barreto.

At approximately 5:10 PM, Agent Hart placed all 13 individuals under arrest. At the same time Agent Hart placed Jerry RODRIGUEZ under arrest.

CONTINUATION OF COMPLAINT:
Jerry RODRIGUEZ, Annette RODRIGUEZ,
Jesus GONZALEZ-Barreto

At the time Agent Hart had approached the white Chevrolet van, Border Patrol Agent K. Rodriguez had approached Annette RODRIGUEZ who was standing next to a Chrysler 200. At approximately 5:10 PM, Agent Rodriguez placed Annette RODRIGUEZ under arrest.

The defendant Jerry RODRIGUEZ was advised of his Miranda Rights. RODRIGUEZ stated he understood his rights and was willing to answer questions without an attorney present. RODRIGUEZ stated he was recruited into alien smuggling by his sister and had been successful in multiple maritime alien smuggling events over the past year. RODRIGUEZ admitted he attempted to smuggle illegal aliens on August 28, 2021 and would have been paid $15,000 USD had he been successful. RODRIGUEZ stated he utilizes his home as a staging area for aliens who have yet to pay their smuggling fee. RODRIGUEZ stated that his wife, Annette RODRIGUEZ, advised him when the boat had arrived.

The defendant Annette RODRIGUEZ was advised of her Miranda Rights. RODRIGUEZ stated she understood her rights and was willing to answer questions without an attorney present. RODRIGUEZ stated she was recruited into alien smuggling by her sister-in-law and had been successful in multiple maritime alien smuggling events. RODIGUEZ stated that when aliens were successfully picked up, they would be taken to her home in San Bernardino. Regarding the events which led to her arrest, RODRIGUEZ stated she had rented the white van from a Facebook advertisement. RODRIGUEZ stated that she knew the aliens she facilitated were illegally present in the United States.

Material witnesses, FRIAS-Lara, HERMENEGILDO-Rivera, MORENO-Garcia, and RAMOS-Carmona all admitted to being citizens of Mexico illegally present in the United States. All admitted to not having any documents that would allow them to enter or remain in the United States. HERMENEGILDO-Rivera admitted she made smuggling arrangements through her brother-in-law for a smuggling fee of $8,500.00 USD. MORENO-Garcia stated his brother and aunt made his smuggling arrangements for a smuggling fee of $20,000.00 USD. FRIAS-Lara and HERMENEGILDO-Rivera stated that their final destination was Los Angeles, California. MORENO-Garcia stated his destination was Colorado. RAMOS-Carmona stated her final destination was Santa Rosa, California. All material witnesses stated that they illegally entered the United States through the ocean on board a small boat that started its journey from Ensenada, Baja California. FRIAS-Lara and RAMOS-Carmona both stated that the boat travelled north out on sea for approximately 10 hours before they reached shore on the United States side. HERMENEGILDO-Rivera further stated that once they reached shore, a vehicle she described as a van was waiting for them. MORENO-Garcia admitted having volunteered at

CONTINUATION OF COMPLAINT:
Jerry RODRIGUEZ, Annette RODRIGUEZ,
Jesus GONZALEZ-Barreto

some point to operate the boat. All four material witnesses were presented with photographic lineups consisting of the two defendants in this case. Everyone except for RAMOS-Carmona positively identified Jerry RODRIGUEZ as the driver of the van. HERMENEGILDO-Rivera and MORENO-Garcia positively identified Annette RODRIGUEZ as the female they saw once they arrived on shore an gave them instructions to enter the awaiting van. Furthermore, FRIAS-Lara identified MORENO-Garcia as assisting in the smuggling aboard the boat.

The defendant GONZALEZ was advised of his Miranda rights. GONZALEZ stated that he understood his rights and was willing to answer questions without an attorney present. GONZALEZ stated that he is a citizen of Mexico illegally present in the United States. GONZALEZ admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. GONZALEZ stated that he illegally entered the United States on August 28, 2021, with an intended destination of Los Angeles, California.

Routine record checks of GONZALEZ revealed a criminal and immigration history. GONZALEZ' record was determined by a comparison of his criminal record and the his current fingerprints. Official immigration records of the Department of Homeland Security revealed GONZALEZ was previously deported to Mexico on July 3, 2014, through El Paso, Texas. These same records show that GONZALEZ has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.